

WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 5 2015

TONY R. MOORE, CLERK
BY _____
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

| | |
|---|---|
| **JAMES LYNDAL FOSTER** | **CIVIL ACTION NO. 14-434** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **WARDEN, AVOYELLES** | |
| **CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KIRK** |

---

### J U D G M E N T

Before the court is a second Report and Recommendation by the Magistrate Judge in the above-captioned habeas corpus case.[1] The court has carefully reviewed the entire record in this case, including the objections to the Report and Recommendation filed by Petitioner, and finds that its proposed findings are correct under applicable law and jurisprudence.[2]  It is, accordingly, hereby

**ORDERED, ADJUDGED** and **DECREED** that the second Report and Recommendation of the Magistrate Judge is **ADOPTED** and, therefore, Petitioner's habeas corpus petition is **DENIED** and **DISMISSED** with prejudice for the reasons expressed in that Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this _15th_ day of July, 2015.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. 25.

[2] The court notes that the Magistrate Judge regrettably failed to amend the factual recitation to note that no guilty plea was entered in this case, despite our prior Order (R. 24) pointing out this factual discrepancy.  See, R. 25 at p. 4.  We expressly find, however, that this error did not alter the substantive result in this matter and still find that the result reached in the Report and Recommendation is correct under all applicable law and jurisprudence.